▇ KENNETH ZIOLKOWSKI, Respondent, v HAN-TEK, INC., et al., Appellants. [51 NYS3d 482]—Appeals from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered February 26, 2016. The order denied the motions of defendants to dismiss the complaint pursuant to CPLR 3216.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on February 13, 2017, and filed in the Erie County Clerk's Office on March 14, 2017,

It is hereby ordered that said appeals are unanimously dismissed without costs upon stipulation. Present—Smith, J.P., DeJoseph, Curran and Scudder, JJ.

▇ KAREN COLLINS, as Executor of WILLIAM ALLEN COLLINS, Deceased, Appellant-Respondent, v MILLENNIUM DEVELOPMENT, LLC, et al., Respondents-Appellant. EAGLE BUILDERS LLC, Third-Party Plaintiff-Appellant, v JOSEPH BARONE CONSTRUCTION CORP., Third-Party Defendant-Respondent/Fourth-Party Plaintiff-Respondent. SUPERIOR STEEL, INC., Fourth-Party Defendant-Appellant. [51 NYS3d 483]—Appeal and cross appeals from an order of the Supreme Court, Oneida County (Patrick F. MacRae, J.), entered December 26, 2013. The order, among other things, denied plaintiff's motion for summary judgment, denied in part defendants' motion for summary judgment, denied in part third-party defendant's motion for summary judgment, and denied fourth-party defendant's motion for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on November 6, 2016, and filed in the Oneida County Clerk's Office on December 5, 2016,

It is hereby ordered that said appeal and cross appeals are unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Carni, Lindley and DeJoseph, JJ.

▇ In the Matter of DIANA G. CUNNINGHAM, for Reinstatement to the Practice of Law in the State of New York. [51 NYS3d 483]—Order entered terminating suspension and granting application for reinstatement to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Apr. 11, 2017.)

▇ In the Matter of SHAQURAH G. ZACHERY, for Reinstatement to the Practice of Law in the State of New York. [51 NYS3d 484]—Order entered terminating suspension and granting application for reinstatement to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Apr. 11, 2017.)